**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Jennifer McKeen, et al., | No. CV-12-2013-PHX-SMM |
| Plaintiffs, |  |
| vs. | **ORDER** |
| Reliastar Life Ins. Co., et al., |  |
| Defendants. |  |

Pending before the Court is the parties' Stipulation for Dismissal With Prejudice. (Doc. 25.)

Accordingly,

**IT IS HEREBY ORDERED DISMISSING WITH PREJUDICE** any and all claims with all parties to bear their respective costs and attorney's fees.

**IT IS FURTHER ORDERED VACATING** the status hearing set for **Monday, May 20, 2013 at 2:30 p.m.**

DATED this 13th day of May, 2013.

Stephen M. McNamee
Senior United States District Judge